BENJAMIN L. T. BOURLAND
ᵛ v.
GEORGE L. GIBSON ET AL.

*Action on Note—Replication—Evidence.*

In an action on a promissory note, it is *held:* That a demurrer to the replication was properly sustained, as the plea showed a defense not met by it; and that the evidence sustains the verdict for the defendant.

[Opinion filed November 18, 1887.]

APPEAL from the Circuit Court of DeWitt County; the Hon. G. W. HERDMAN, Judge, presiding.

Messrs. MOORE & WARNER, for appellant.

Mr. JAMES S. EWING, for appellees.

*Per Curiam.* This case was here last at the May term, 1886 (21 Ill. App. 43). No statement of the case is deemed

necessary. Since it was remanded the plaintiff filed an additional replication setting up that he had not refused to deliver the deed, to which the court properly sustained a demurrer. The plea showed a defense that the note was given for the consideration of the deed, which was not delivered, not met by the replication.

The issue of fact was then submitted to the jury and was found for the defendant. There was sufficient evidence to support the verdict, and this is the only point now left for consideration. The judgment will be affirmed.

*Judgment affirmed.*